| **Respond to Selected Documents** |   **Sort by date:** Descending Ascending   **Display options:** All Entries ∨

**05/20/2026**

**Corporation Served**

Document ID - 26-SMCC-1097; Served To - MARCUS THEATRES, LLC; Served Date - 05/06/2026; Served Time - 08:00:00; Service Type - SD; Reason Description - SERV; Service Text -SUMMONS SERVED TO CSC LAWYERS, S. LEWIS- DESIGNEE

**04/17/2026**

**Judge/Clerk - Note**

PREVIOUS SUMMONS NEVER RETURNED. HMB

**Alias Summons Issued**

Document ID: 26-SMCC-1097, for MARCUS THEATRES, LLC SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET.

**Alias Summons Requested**

Request for Alias Summons.

**Filed By:** DOUGLAS BRIAN PONDER
**On Behalf Of:** EDDIE J. HENDERSON JR

**12/31/2025**

**Notc Change of Address Filed**

Notice of Change of Address and Contact Information.

**Filed By:** DOUGLAS BRIAN PONDER
**On Behalf Of:** EDDIE J. HENDERSON JR

**12/10/2025**

**Summons Issued-Circuit**

Document ID: 25-SMCC-3397, for MARCUS THEATRES, LLC SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CMC

**Judge/Clerk - Note**

NO SUMMONS ISSUED FOR MARCUS THEATERS CORPORATION PER HOLD SERVICE REQUEST IN PETITION. CMC

**12/09/2025**

**Filing Info Sheet eFiling**

**Filed By:** DOUGLAS BRIAN PONDER

**Pet Filed in Circuit Ct**

Petition For Damages.

**Filed By:** DOUGLAS BRIAN PONDER
**On Behalf Of:** EDDIE J. HENDERSON JR

EXHIBIT A

2511-CC01661

Electronically Filed - St Charles Circuit Div - December 09, 2025 - 10:18 AM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | |
|---|---|
| **EDDIE J. HENDERSON, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | |
| **MARCUS THEATRES, LLC,** ) | |
| Serve:  CSC-Lawyers Incorporating Service Co. ) | |
| 221 Bolivar Street ) | |
| Jefferson City, MO 65101 ) | JURY TRIAL DEMANDED |
| ) | |
| **MARCUS THEATRES CORPORATION,** ) | |
| Serve:  Hold Service ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR DAMAGES

Comes now Plaintiff Eddie J. Henderson, Jr. (hereinafter referred to as "Plaintiff" or

"Henderson"), and for his Petition for Damages against Defendants, states as follows:

### Parties

1.      Plaintiff is an individual over the age of 18, and currently and at all times relevant,

a citizen and resident of the State of Missouri.

2.      Defendant Marcus Theatres, LLC is a Wisconsin limited liability company

authorized to do business in Missouri.

3.      Defendant Marcus Theatres Corporation is a Wisconsin corporation authorized to

do business in Missouri.

4.      At all times relevant, Plaintiff was employed by either Marcus Theatres, LLC or

Marcus Theatres Corporation, collectively referred to as "Marcus Theatres" throughout this

Petition for Damages.

1

Electronically Filed - St Charles Circuit Div - December 09, 2025 - 10:18 AM

5.      At all times relevant, Marcus Theatres was an employer within the meaning of the MHRA in that it employed more than six employees in the State of Missouri.

### Procedural Prerequisites

6.      On or about March 28, 2025, Plaintiff timely submitted a Charge of Discrimination with the Missouri Commission on Human Rights, wherein Plaintiff alleged Marcus Theatres unlawfully discriminated against him based on disability in violation of the Missouri Human Rights Act ("MHRA").

7.      On or about September 29, 2025, the Missouri Commission on Human Rights issued its Notice of Right to Sue with regard to Plaintiff's Charge, and Plaintiff instituted this action within 90 days of his receipt of the Notice of Right to Sue.

### Factual Allegations

8.      Plaintiff is an adult male.

9.      Plaintiff is autistic.

10.     In 2023, Plaintiff began working for Respondent as an usher at its theatre located in St. Charles, MO.

11.     Plaintiff received assistance in obtaining employment through St. Louis Arc, an organization dedicated to empowering people with intellectual and developmental disabilities and their families.

12.     Once hired, St. Louis Arc initially provided a Job Coach for Plaintiff, who would accompany Plaintiff full-time at work.

13.     After approximately six months, St. Louis Arc provided a Retention Specialist instead of a Job Coach for Plaintiff.

Electronically Filed - St Charles Circuit Div - December 09, 2025 - 10:18 AM

14.　　The Retention Specialist provided support services for Plaintiff, but did not accompany him to the job on a daily basis.

15.　　In the summer of 2024, Plaintiff switched from St. Louis Arc to Community Living, Inc. as his support organization.

16.　　Community Living provides similar services as St. Louis Arc.

17.　　Plaintiff's Retention Specialist through Community Living initially accompanied Plaintiff to work on a daily basis, and over time transitioned to providing support services as necessary.

18.　　On January 4, 2025, Plaintiff presented for his pre-scheduled shift (Plaintiff generally worked on Tuesdays and Saturdays).

19.　　Plaintiff's Lead informed Plaintiff's mother that something occurred during Plaintiff's last shift and that Plaintiff would receive a "write-up," but nonetheless Plaintiff could complete his shift, which he did.

20.　　No further details were provided regarding the alleged incident from the prior shift.

21.　　Thereafter, Plaintiff was not placed on the schedule for his regular shifts.

22.　　As a result, Plaintiff's Retention Specialist contacted Defendant, and he was informed that Plaintiff was suspended pending termination.

23.　　Thereafter, Plaintiff's mother attempted to contact Defendant on several occasions for clarification, but no one would speak with her.

24.　　On January 23, 2025, Plaintiff received an email from Defendant stating: (i) Plaintiff was presented with a suspension pending termination on January 4, 2025, (ii) on January 7, 2025, Plaintiff called Defendant and resigned, (iii) Defendant officially terminated Plaintiff on

Electronically Filed - St Charles Circuit Div - December 09, 2025 - 10:18 AM

January 9, 2025, and (iv) Plaintiff was informed on January 10, 2025 that he could come pick up his final check.

25. Other than the fact that Defendant terminated Plaintiff, all of the allegations in the January 23, 2025 email are false, as Plaintiff was not presented with a suspension on January 4; Plaintiff did not resign on January 7; and Plaintiff was not informed on January 10 that he could come pick up his final check.

26. Non-disabled employees of Respondent are treated more favorably than disabled employees and specifically are not: (i) terminated without cause and/or explanation, and (ii) falsely accused of resigning.

27. Plaintiff was meeting the expectations of his position at all times relevant herein.

### Count I – Plaintiff v. Defendants
### MHRA - Disability Discrimination (Termination)

28. Plaintiff incorporates by reference the previous paragraphs and further alleges as follows:

29. Plaintiff had a physical or mental impairment which substantially limited one or more of his major life activities, was regarded as having such an impairment, or had a record of having such an impairment, which with or without reasonable accommodation did not interfere with performing his job, and consequently had a disability.

30. Plaintiff was capable of performing the essential functions of his job despite his disability.

31. In addition, Plaintiff was meeting the expectations of his position prior to being terminated.

32. Defendants took adverse employment action against Plaintiff when he was

4

Electronically Filed - St Charles Circuit Div - December 09, 2025 - 10:18 AM

terminated.

33.    Plaintiff's disability was a motivating factor in the adverse action taken against him, meaning it actually played a role in and had a determinative influence on the adverse action, in that, *inter alia*, non-disabled employees of Respondent are treated more favorably than disabled employees and specifically are not: (i) terminated without cause and/or explanation, and (ii) falsely accused of resigning.

34.    In addition, but for his disability, Plaintiff would not have been terminated.

35.    Plaintiff was damaged as a result of Defendants' actions, including but not necessarily limited to, suffering lost wages, humiliation, embarrassment, and emotional distress.

36.    Defendants' conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendants intentionally discriminated against Plaintiff without just cause or excuse.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendants, for damages in excess of $25,000, including both compensatory and punitive damages, for the costs incurred herein and expended, and for such other and further relief as the Court deems just.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By____/s/ Douglas B. Ponder____
　　Douglas Ponder, #54968
　　dbp@ponderzimmermann.com
　　Jaclyn M. Zimmermann, #57814
　　jmz@ponderzimmermann.com
　　20 South Sarah Street
　　St. Louis, MO  63108
　　Phone:    314-272-2621
　　FAX:      314-272-2713

*Attorneys for Plaintiff*

5



# Summons in Civil Case

## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRITTNEY R SMITH | Case Number: **2511-CC01661** | |
| Plaintiff/Petitioner:<br>EDDIE J. HENDERSON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>PONDER ZIMMERMANN LLC<br>20 SOUTH SARAH ST.<br>ST  LOUIS, MO  63108 | |
| Defendant/Respondent:<br> MARCUS THEATRES, LLC | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to:**     MARCUS THEATRES, LLC
                                    **Alias:**

 **221 BOLIVAR STREET**
 **JEFFERSON CITY, MO  65101**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

### *COURT SEAL OF*

### *ST. CHARLES COUNTY*

| | |
|---|---|
| 10-DEC-2025 | /S/ Cheryl Crowder |
| Date | Clerk |

**Further Information:**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
        Printed Name of Officer or Server                          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                          Date                          Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI               )

                                       ) ss.

ST. CHARLES COUNTY, MISSOURI     )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

### NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution. The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute. The mediator is impartial and has no authority to render a decision or impose a resolution on the parties. During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office. If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve. If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI          )
                                        ) ss.
ST. CHARLES COUNTY, MISSOURI    )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____ )
                     Plaintiff(s),   )
                                  )
vs.                              )          Cause #_____
                                  )
_____ )
                   Defendant(s).  )

## CONSENT TO MEDIATION FORM

       I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.

                                          _____
                                          Signature

                                          _____
                                          (Print Name)

                                          Attorney for:

                                          _____
                                          (Party or Parties)

Date: _____

Electronically Filed - ST CHARLES - ST CHARLES CIRCUIT DIV - December 31, 2025 - 10:17 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **EDDIE J. HENDERSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2511-CC01661** |
| | ) | |
| **MARCUS THEATRES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

PLEASE TAKE NOTICE that effective January 1, 2026, the Attorney of Record Douglas

B. Ponder will be operating as Ponder Law Offices LLC and his contact information has changed

as follows:

Ponder Law Offices LLC
Douglas B. Ponder
20 South Sarah St.
St. Louis, MO 63108
314-272-2621
Fax: 314-272-2713
dbp@ponder-law.com

Respectfully submitted,

PONDER LAW OFFICES LLC

By_____/s/ Douglas B. Ponder_____
Douglas Ponder, #54968
dbp@ponder-law.com
20 South Sarah St.
St. Louis, MO 63108
314-272-2621
Fax: 314-272-2713
Attorney for Plaintiff

1

Electronically Filed - ST CHARLES CIRCUIT DIV - December 31, 2025 - 10:17 AM

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system to all attorneys of record this 31st day of December, 2025.

        /s/ Douglas B. Ponder

Electronically Filed - ST CHARLES CIRCUIT DIV - April 17, 2026 - 07:59 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **EDDIE J. HENDERSON, JR.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No. 2511-CC01661** |
| | ) |
| **MARCUS THEATRES, LLC, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**REQUEST FOR SUMMONS**

Comes now Plaintiff and hereby requests that a summons be issued for Defendant

**Marcus Theatres, LLC** at:

CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101.

The previous summons has expired.

Respectfully submitted,

 PONDER LAW OFFICES LLC

By_____/s/ Douglas B. Ponder_____
Douglas Ponder, #54968
dbp@ponder-law.com
20 South Sarah St.
St. Louis, MO 63108
314-272-2621
Fax:  314-272-2713
Attorney for Plaintiff

Electronically Filed - ST CHARLES CIRCUIT DIV - April 17, 2026 - 07:59 AM

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system to all attorneys of record this 17th day of April, 2026.

/s/ Douglas B. Ponder

# Summons in Civil Case

## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>BRITTNEY R SMITH | Case Number:  2511-CC01661 | |
|---|---|---|
| Plaintiff/Petitioner:<br>EDDIE J. HENDERSON JR | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>PONDER ZIMMERMANN LLC<br>20 SOUTH SARAH ST.<br>ST  LOUIS, MO  63108 | |
| vs. | | |
| Defendant/Respondent:<br>  MARCUS THEATRES, LLC | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to:**    **MARCUS THEATRES, LLC**
**Alias:**
**CSC- LAWYERS INCORP. SERV. CO.**
**221 BOLLIVAR ST**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

| 17-APR-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Officer or Server                                  Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                                    Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI                                   )
                                                    ) ss.
ST. CHARLES COUNTY, MISSOURI        )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI


**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**


Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution.  The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute.  The mediator is impartial and has no authority to render a decision or impose a resolution on the parties.   During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office.  If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve.  If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at:
http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI            )
                                          ) ss.
ST. CHARLES COUNTY, MISSOURI   )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____ )
              Plaintiff(s),   )
                         )
vs.                        )           Cause #_____
                         )
_____ )
            Defendant(s). )

## CONSENT TO MEDIATION FORM

I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.

 

                                                 _____
                                                 Signature

                                                 _____
                                                 (Print Name)

                                                 Attorney for:

                                                 _____
                                                 (Party or Parties)

Date: _____



# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

RECEIVED

MAY - 5 2026

COLE COUNTY
SHERIFF'S OFFICE

| Judge or Division:<br>BRITTNEY R SMITH | Case Number: 2511-CC01661 | |
|---|---|---|
| Plaintiff/Petitioner:<br>EDDIE J. HENDERSON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>PONDER ZIMMERMANN LLC<br>20 SOUTH SARAH ST.<br>ST LOUIS, MO 63108 | |
| Defendant/Respondent:<br>MARCUS THEATRES, LLC | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO 63301 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:   **MARCUS THEATRES, LLC**
**Alias:**
**CSC- LAWYERS INCORP. SERV. CO.**
**221 BOLLIVAR ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

FILED

MAY 20 2026

REC'D
2ND FL

CIRCUIT CLERK
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

**Further Information:**

| 17-APR-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1097**
1 of 2 (2511-CC01661)

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 2511-CC01661

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

CSC lawyers, S. Lewis _____ (name) _____ designee _____ (title).

☐ other: _____.

Served at 350 E. High St. _____ (address)

in ____ Cole _____ (County/City of St. Louis), MO, on 5·6·26 _____ (date)

at 800 Am (time).

Sheriff John P Wheeler by ___ Sgt Carrie Wray _____
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____ _____
                              Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1097**
2 of 2 (2511-CC01661)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                              54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo